No. 88–1036. HODES ET UX. *v.* LAURO LINES S.R.L. ET AL. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 53.

No. 87–2118. ROJAS ET AL. *v.* VICTORIA INDEPENDENT SCHOOL DISTRICT ET AL. Affirmed on appeal from D. C. S. D. Tex. JUSTICE WHITE and JUSTICE SCALIA would note probable jurisdiction and set case for oral argument.

No. 88–1340. WISHART ET UX. *v.* BATES ET AL. Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–255. ZOHDI ET AL. *v.* FEDERAL SAVINGS AND LOAN INSURANCE CORPORATION, AS RECEIVER OF SUN BELT FEDERAL BANK, F. S. B., ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Coit Independence Joint Venture* v. *FSLIC,* 489 U. S. 561 (1989).

No. 87–1706. JENKINS, SUPERINTENDENT OF DISTRICT OF COLUMBIA PUBLIC SCHOOLS, ET AL. *v.* JONES. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Skinner* v. *Railway Labor Executives' Assn.,* 489 U. S. 602 (1989), and *Treasury Employees* v. *Von Raab,* 489 U. S. 656 (1989). JUSTICE STEVENS would deny certiorari.